# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FRANK TAGHILOU,<br><br>　　　　Plaintiff,<br>　v.<br><br>LOWE'S HOME CENTERS, LLC; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 5:18-cv-00639 AG (JCx)<br>[San Bernardino Superior Court; Case No. CIVDS1719532]<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

It is hereby ordered that the stipulation to dismiss with prejudice is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: July 11, 2019

By: _____
Andrew J. Guilford
United States District Court Judge